# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

October 27, 2014

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re: Sigifredo Molina Varela
v. United States
No. 14-6864
(Your No. 13-8067)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 23, 2014 and placed on the docket October 27, 2014 as No. 14-6864.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst